UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF
THE EXTRADITION OF
RIZA HOXHA,   CASE NO. 8:05-M-343TBM

_____/

### CERTIFICATE OF EXTRADITABILITY AND ORDER OF COMMITMENT

Pursuant to the provisions of the Treaty on extradition between the United States of America and Albania, and upon the complaint of the U.S. Attorney for the Middle District of Florida, as representative of the government of Albania, a warrant was issued for the arrest of Riza Hoxha, an alleged fugitive from the criminal prosecution in Albania.

On August 15, 2005, the court conducted a hearing pursuant to 18 U.S.C. § 3184 *et seq.* On the basis of the matters testified to or otherwise tendered to the court upon the hearing, the request for extradition was granted. (See attached). The findings and conclusion in that Order are incorporated herein. In accordance with those findings, the court hereby certifies that the evidence is sufficient to sustain the extradition of Mr. Hoxha on the criminal allegations of premeditated murder. There exists a valid extradition treaty between the United States of America and Albania and the offense for which Mr. Hoxha has been convicted and sentenced *in absentia*, homicide, is an extraditable offense under the Treaty. The evidence adequately supports that Mr. Hoxha is the individual sought on the criminal conviction in Albania. In addition to proof of his conviction *in absentia*, there is probable cause that Mr. Hoxha is guilty of the homicide alleged. The crime of murder is also a crime in the United States.

The circumstances in Mr. Hoxha's extradition are not demonstrated to fall with any of the exceptions to extradition as contained in the Treaty or otherwise authorized by law.

Accordingly, it is hereby **CERTIFIED** that Rixa Hoxha may lawfully be extradited to Albania as set out herein. Mr. Hoxha shall remain in the custody of the United States Marshal pending further action of the Secretary of State of the United States of America or order of this court.

It is further **ORDERED** that this Certificate of Extraditability and Order of Commitment, together with all the evidence and transcripts of proceedings in this cause, shall be forwarded forthwith to the Secretary of State of the United States by the Clerk of Court.

**Done and Ordered** in Tampa, Florida this ____ day of September 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Diane Croff, Assistant United States Attorney
Bryant Camareno, Attorney for Rixa Hoxha
Secretary of State of United States of America